AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Jesus Adame-Nunez<br><br>Defendant(s) | Case No.<br>1:25-MJ-13 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 11, 2025__ in the county of __Jefferson__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 | Unlawful Re-entry by Removed/Deported Alien |

This criminal complaint is based on these facts:
Please see attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Zeb Dawson, Special Agent - HSI
Printed name and title

Sworn to before me and signed in my presence.

Date: 02/14/2025

_____
Judge's signature

City and state:   Beaumont, Texas     Kristine L. Stetson, United States Magistrate Judge
Printed name and title